Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499
ledelstein@steptoe.com
ssias@steptoe.com

Michael Baratz (*pro hac vice* application filed concurrently)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902
mbaratz@steptoe.com

*Attorneys for Plaintiffs iFinex Inc., BFXNA Inc., BFXWW Inc., and Tether Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IFINEX INC., BFXNA INC., BFXWW INC, and TETHER LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO, N.A.,<br><br>  Defendants. | No. 17 Civ. 1882<br><br>**IFINEXT INC., BFXNA INC., BFXWW INC., AND TETHER LIMITED'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Demand for Jury Trial |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The owner of iFinex Inc. is DigFinex, Inc. which is itself owned by J.L. van der Velde, Giancarlo Devasini, Paolo Ardoino, Phil Potter, Stu Hoegner, and Perpetual Action Group (Asia) Inc.

The owner of Tether Limited is Tether Holdings Limited.  The owners of Tether Holdings Limited are Giancarlo Devasini, J.L. van der Velde, and DigFinex, Inc.  DigFinex, Inc. is owned by J.L. van der Velde, Giancarlo Devasini, Paolo Ardoino, Phil Potter, Stu Hoegner, and Perpetual Action Group (Asia) Inc.

Respectfully submitted,

Dated: April 5, 2017

STEPTOE & JOHNSON LLP

By: */s/ Laurie Edelstein*
Laurie Edelstein
Michael Baratz (*pro hac vice* application submitted concurrently)
Seth R. Sias

*Attorneys for Plaintiffs iFinex Inc., BFXNA Inc, BFXWW Inc., and Tether Limited*

**STEPTOE & JOHNSON LLP**
**1891 Page Mill Road, Suite 200**
**Palo Alto, CA 94304**