Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499
ledelstein@steptoe.com
ssias@steptoe.com

Michael Baratz (*pro hac vice* application filed concurrently)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
mbaratz@steptoe.com

*Attorneys for Plaintiffs iFinex Inc., BFXNA Inc., BFXWW Inc., and Tether Limited*

**STEPTOE & JOHNSON LLP**
**1891 Page Mill Road, Suite 200**
**Palo Alto, CA 94304**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IFINEX INC., BFXNA INC., BFXWW INC, and TETHER LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO, N.A.,<br><br>Defendants. | No. 17 Civ. 1882<br><br>**IFINEXT INC., BFXNA INC., BFXWW INC., AND TETHER LIMITED'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Demand for Jury Trial |

STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs iFinex Inc., BFXNA Inc., BFXWW Inc., and Tether Limited hereby disclose the following: iFinex Inc. is the parent of BFXWW Inc. and BFXNA Inc. DigFinex is the parent of iFinex Inc. Tether Holdings Limited is the parent of Tether Limited. No publicly-traded company owns more than 10% of any of the plaintiffs.

Respectfully submitted,

Dated: April 5, 2017

STEPTOE & JOHNSON LLP

By: */s/ Laurie Edelstein*
Laurie Edelstein
Michael Baratz (*pro hac vice* application submitted concurrently)
Seth R. Sias

*Attorneys for Plaintiffs iFinex Inc., BFXNA Inc, BFXWW Inc., and Tether Limited*