Exhibit 2

Redacted

Begin forwarded message:

**From:** "Weinstein, Jason" <jweinstein@Steptoe.com>
**Date:** March 31, 2017 at 9:15:57 AM EDT
**To:** "Jonathan.Rusch@wellsfargo.com" <Jonathan.Rusch@wellsfargo.com>, "Herrington, Matthew" <mherring@steptoe.com>
**Cc:** "Baratz, Michael" <MBaratz@steptoe.com>
**Subject: RE: Q**

Thanks, Jon -- can we go for 10:45 (unless you really need coffee :)), in which case we can say 11?

Here is a dial-in we can use, as Herrington is sunning himself on an island and my colleague Michael Baratz and I are in rainy DC:

888-439-7610
Passcode 202-429-8061#

Jason


-----Original Message-----
From: Jonathan.Rusch@wellsfargo.com [mailto:Jonathan.Rusch@wellsfargo.com]
Sent: Friday, March 31, 2017 9:14 AM
To: Herrington, Matthew
Cc: Weinstein, Jason
Subject: RE: Q

Coffee break at 10:45, can step out of panel at 11:00, coffee break at 3:00.

-----Original Message-----
From: Herrington, Matthew [mailto:mherring@steptoe.com]
Sent: Friday, March 31, 2017 9:09 AM
To: Rusch, Jonathan
Cc: Weinstein, Jason
Subject: Re: Q

If you could do a quick call at a break Jason Weinstein and I would like to touch base on an

issue. What times work?

Powered by iPhone


On Mar 31, 2017, at 9:06 AM, "Jonathan.Rusch@wellsfargo.com" <Jonathan.Rusch@wellsfargo.com> wrote:

> Matt,
>
> In New York all day at an NYU Law School conference. Back Monday. Do we need to speak sooner? I can talk during a break.
>
> Jon
>
> -----Original Message-----
>
> From: Herrington, Matthew [mailto:mherring@steptoe.com]
>
> Sent: Friday, March 31, 2017 7:23 AM
>
> To: Rusch, Jonathan
>
> Subject: Q
>
> Jon you around today?
>
> Powered by iPhone