

| | |
|---|---|
| **From:** | Jimmie.Paschall@wellsfargo.com |
| **Sent:** | Saturday, April 01, 2017 6:58 AM |
| **To:** | West, Philip; Yvette.Hollingsworth@wellsfargo.com |
| **Subject:** | RE: Any chance you can help with a time sensitive request to speak to your chief compliance officer? |

GM Phil-
I am following up to connect you with our CCO Yvette Hollingsworth who is copied here.
All the best-
Jimmie


-----Original Message-----
**From:** West, Philip [PWest@steptoe.com]
**Sent:** Friday, March 31, 2017 02:06 PM Eastern Standard Time
**To:** Paschall, Jimmie
**Subject:** Any chance you can help with a time sensitive request to speak to your chief compliance officer?

We have a client with a matter threatening its corporate existence and we'd like to appeal to your CCO about a decision Wells is making.

Many thanks.

**Philip R. West**
Chair

Steptoe
PWest@steptoe.com

| | |
|---|---|
| +1 202 429 6247 direct | Steptoe & Johnson LLP |
| +1 202 247 7068 mobile | 1330 Connecticut Avenue, NW |
| +1 202 261 0522 fax | Washington, DC 20036 |
| | www.steptoe.com |

*Click here to view my biography.*

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.