

| | |
|---|---|
| **From:** | Hayes, Jack |
| **Sent:** | Sunday, April 02, 2017 4:30 PM |
| **To:** | Yvette.Hollingsworth@wellsfargo.com; West, Philip |
| **Cc:** | Baratz, Michael |
| **Subject:** | RE: Any chance you can help with a time sensitive request to speak to your chief compliance officer? |

Dear Yvette,

We very much appreciate your prompt response. We can certainly provide the contact information for the correspondent bank(s) in Taiwan, but please be aware that due to holidays there, financial institutions are closed on Monday and Tuesday. This matter is urgent because if correspondent account operations remain suspended on Wednesday (Asia time), then Bitfinex and its affiliates will be significantly affected. We would only discuss Wells Fargo-related activities as they relate to our client. Consequently, we would be grateful for an opportunity to address this issue with the appropriate official within Wells Fargo. If there is a time we can speak on Monday with you or another designated official at Wells Fargo about this case, then that may be the most expeditious way to proceed. Thank you in advance for your consideration.

Regards,

Jack


**Jack R. Hayes**
JHayes@steptoe.com

# Steptoe

+1 202 429 6491 direct      **Steptoe & Johnson LLP**
+1 202 460 0501 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax          Washington, DC 20036
                                           www.steptoe.com

Information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee(s). Unauthorized use, disclosure, or copying of this communication or any part is prohibited. If you received this communication in error, please do not read, distribute, or use it and notify me immediately by return email at jhayes@steptoe.com, and destroy this communication and all copies thereof, including any attachment(s). Thank you

---

**From:** Yvette.Hollingsworth@wellsfargo.com [mailto:Yvette.Hollingsworth@wellsfargo.com]
**Sent:** Sunday, April 02, 2017 2:23 PM
**To:** Hayes, Jack; West, Philip
**Cc:** Baratz, Michael
**Subject:** RE: Any chance you can help with a time sensitive request to speak to your chief compliance officer?

Phil and Jack, thank you for your correspondence. We can only engage in discussions with the client regarding their activities with Wells Fargo. Do you wish to provide me with an appropriate contact and I'll be happy to research this matter further.

Thanks,
Yvette

**From:** Hayes, Jack [mailto:JHayes@steptoe.com]
**Sent:** Saturday, April 01, 2017 10:23 AM
**To:** West, Philip; Hollingsworth Clark, Yvette (RCRM)
**Cc:** Baratz, Michael
**Subject:** RE: Any chance you can help with a time sensitive request to speak to your chief compliance officer?

Thank you Phil.

Yvette, as an addendum, we understand that the bank in Taipei, Taiwan receiving the communication(s) from Wells Fargo about Bitfinex and its affiliates is called Hwatai Bank. Thank you for your consideration. Regards,

Jack

---

**From:** West, Philip
**Sent:** Saturday, April 01, 2017 12:30 PM
**To:** Yvette.Hollingsworth@wellsfargo.com
**Cc:** Baratz, Michael; Hayes, Jack
**Subject:** Re: Any chance you can help with a time sensitive request to speak to your chief compliance officer?

Thank you so much, Jimmie. I am dropping you to BCC so you don't need to see more of these emails on vacation.

Yvette,

Our client Bitfinex is a virtual currency exchange and also a leading member of the Blockchain Alliance that works closing with US and global law enforcement. We understand that our client's primary financial institution in Taiwan, KGI Bank, recently advised that Wells Fargo will no longer service US correspondent accounts for the benefit of our client and its affiliated entities. This decision could significantly affect our client's ability to operate in USD by next Tuesday. We are contacting you urgently because we would like to submit information directly to Wells Fargo about the situation, and if possible, obtain an audience early next week to explain Bitfinex's case and address any questions Wells Fargo may have. On Friday we also called Jon Rausch about the matter, and we asked whether he could help identify the best person at Wells Fargo regarding the issue.

I am copying my colleagues, Michael Baratz and Jack Hayes, who are leading this matter and can provide further details and take this forward with you. Many, many thanks in advance for your time and consideration.


**Philip R. West**
Chair

# Steptoe

PWest@steptoe.com

| | |
|---|---|
| +1 202 429 6247 direct | Steptoe & Johnson LLP |
| +1 202 247 7068 mobile | 1330 Connecticut Avenue, NW |
| +1 202 261 0522 fax | Washington, DC 20036 |
| | www.steptoe.com |

*Click here to view my biography.*

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.


On Apr 1, 2017, at 6:58 AM, "Jimmie.Paschall@wellsfargo.com" <Jimmie.Paschall@wellsfargo.com> wrote:

GM Phil-

I am following up to connect you with our CCO Yvette Hollingsworth who is copied here.

All the best-

Jimmie



-----Original Message-----
**From:** West, Philip [PWest@steptoe.com]
**Sent:** Friday, March 31, 2017 02:06 PM Eastern Standard Time
**To:** Paschall, Jimmie
**Subject:** Any chance you can help with a time sensitive request to speak to your chief compliance officer?

We have a client with a matter threatening its corporate existence and we'd like to appeal to your CCO about a decision Wells is making.

Many thanks.

**Philip R. West**
Chair

# Steptoe

PWest@steptoe.com

+1 202 429 6247 direct       Steptoe & Johnson LLP
+1 202 247 7068 mobile      1330 Connecticut Avenue, NW
+1 202 261 0522 fax             Washington, DC 20036
                                              www.steptoe.com

*Click here to view my biography.*

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.