# Exhibit 13

**From:** Robert.Mcgahan@wellsfargo.com
**Sent:** Tuesday, April 04, 2017 2:02 PM
**To:** Hayes, Jack
**Subject:** Confidential

Mr. Hayes,

Can you let me know a convenient time to speak this afternoon? Thanks in advance.

Best,

Bob

Robert J. McGahan
Assistant General Counsel – General Litigation and Enforcement
Law Department
Wells Fargo & Company
301 South College Street
30th Floor
Charlotte, NC 28202-6000
Work 1: 704-410-9286
Work 2: 704-847-0468
Cell: 310-347-2175

CONFIDENTIALITY NOTICE: the contents of this message may be a confidential attorney/client communication, confidential attorney work product or a confidential communication of proprietary information. If you are not the intended recipient, please destroy and notify the sender.