# Exhibit 14

Inbox - JHayes@steptoe.com - Microsoft Outlook

Redacted

Robert.Mcgahan@wellsfargo.com 4:23 AM
Confidential

Redacted

**Confidential**

Robert.Mcgahan@wellsfa

Follow up. Start by Wednesday, April 05, 2017. Due by Wednesday, April 05, 2017.
You replied to this message on

Sent: Tue 4/4/2017 2:02 PM
To: Hayes, Jack

Mr. Hayes,

Can you let me know a convenient time to speak this afternoon? Thanks in advance.

Best,

Bob

Robert J. McGahan
Assistant General Counsel – General Litigation and Enforcement
Law Department
Wells Fargo & Company
301 South College Street
[illegible]

Redacted

All folders are up to date. Connected to Microsoft Exchange