# Exhibit 16

**From:** Robert.Mcgahan@wellsfargo.com
**Sent:** Wednesday, April 05, 2017 7:07 AM
**To:** Hayes, Jack
**Cc:** Baratz, Michael; dpowell@reedsmith.com
**Subject:** RE: Confidential

Jack,

I'm on travel this morning and will not be available for a call until early afternoon today. In the meantime, please reach out to David Powell, the bank's counsel at McGuire Woods, to discuss further. I will be monitoring email during my flight.

Best,

Bob

-----Original Message-----
**From:** Hayes, Jack [JHayes@steptoe.com]
**Sent:** Wednesday, April 05, 2017 05:12 AM Central Standard Time
**To:** Mcgahan, Robert
**Cc:** Baratz, Michael
**Subject:** RE: Confidential

Dear Mr. McGahan,

Thank you for your email, and I appreciate that this issue has been brought to your attention.

We need to schedule a call in the morning Eastern Time, preferably before 10 am and certainly before 12 pm Noon, with you or another designated official of Wells Fargo.

As communicated over the past several days to Yvette Hollingsworth Clark and Jonathan Rusch of Wells Fargo, our client Bitfinex is unable to fully process wire transfers at banks in Taiwan where we understand that Wells Fargo is the U.S. correspondent bank. The situation has been exacerbated due to bank holidays in Taiwan the first business days of this week. Our client is facing an existential threat to its business based on the apparent suspension of wires. Therefore, we are preparing to go to court this morning Pacific Time in the Norther District of California; we would be pleased if Wells Fargo would appear with us before the judge.

That being said, we would be grateful for an opportunity to be heard as soon as possible, to provide information or other assistance that Wells Fargo needs to resolve concerns, and to keep you updated regarding the status of our client's transactions in Taiwan. Our client's goal is to undertake an immediate short term arrangement to resume in and out USD wire transfer activity at the relevant banks in Taiwan, while we work with Wells Fargo and the Taiwan banks on a longer term solution.

Thank you in advance for our consideration. Best regards,

Jack

**Jack R. Hayes**

JHayes@steptoe.com

Steptoe

+1 202 429 6491 direct
+1 202 460 0501 mobile
+1 202 429 3902 fax

**Steptoe & Johnson LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

Information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee(s). Unauthorized use, disclosure, or copying of this communication or any part is prohibited. If you received this communication in error, please do not read, distribute, or use it and notify me immediately by return email at jhayes@steptoe.com, and destroy this communication and all copies thereof, including any attachment(s). Thank you

---

**From:** Robert.Mcgahan@wellsfargo.com [mailto:Robert.Mcgahan@wellsfargo.com]
**Sent:** Tuesday, April 04, 2017 2:02 PM
**To:** Hayes, Jack
**Subject:** Confidential

Mr. Hayes,

Can you let me know a convenient time to speak this afternoon? Thanks in advance.

Best,

Bob

Robert J. McGahan
Assistant General Counsel – General Litigation and Enforcement
Law Department
Wells Fargo & Company
301 South College Street
30th Floor
Charlotte, NC 28202-6000
Work 1: 704-410-9286
Work 2: 704-847-0468
Cell: 310-347-2175

CONFIDENTIALITY NOTICE: the contents of this message may be a confidential attorney/client communication, confidential attorney work product or a confidential communication of proprietary information. If you are not the intended recipient, please destroy and notify the sender.