Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| iFinex Inc., BFXNA Inc., et al.,<br>Plaintiff(s),<br>v.<br>Wells Fargo & Company, et al.<br>Defendant(s). | Case No: 17 Civ. 1882<br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Michael J. Baratz, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: the parties listed on Attachment A in the above-entitled action. My local co-counsel in this case is Laurie Edelstein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Steptoe & Johnson LLP,1330 Connecticut Ave., NW, Washington,DC 20036 | Steptoe & Johnson LLP, 1891 Page Mill Road, Ste. 200, Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD:<br>(202) 429-6468 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 687-9570 |
| MY EMAIL ADDRESS OF RECORD:<br>mbaratz@steptoe.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ledelstein@steptoe.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 480607.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 04/05/17

Michael J. Baratz
APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael J. Baratz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 6, 2017

UNITED STATES DISTRICT/MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Jacqueline Scott Corley