Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499
ledelstein@steptoe.com
ssias@steptoe.com

Michael Baratz (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
mbaratz@steptoe.com

*Attorneys for Plaintiffs iFinex Inc., BFXNA Inc., BFXWW Inc., and Tether Limited*

STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| iFINEX INC., BFXNA INC., BFXWW INC., and TETHER LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.<br><br>Defendants. | No. 17 Civ. 1882<br><br>**NOTICE OF APPEARANCE OF SETH R. SIAS** |

STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, SETH R. SIAS, hereby enter my appearance as counsel for and on behalf of plaintiffs iFinex Inc., BFXNA Inc., and BFXWW Inc., and Tether Limited. I am a member of the State Bar of California and am admitted in the Northern District of California. My address, telephone number, and email are as follows:

Seth R. Sias
Steptoe & Johnson LLP
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499
ssias@steptoe.com

Please serve said counsel with all pleadings and notices in this action.

Respectfully submitted,

Dated: April 6, 2017

STEPTOE & JOHNSON LLP

By: */s/ Seth R. Sias*
Laurie Edelstein
Michael Baratz (*pro hac vice*)
Seth R. Sias

*Attorneys for Plaintiffs iFinex Inc., BFXNA, Inc., BFXWW, Inc., and Tether Limited*