**MCGUIREWOODS LLP**
David C. Powell (SBN# 129781)
dpowell@mcguirewoods.com
Carolee A. Hoover (SBN# 282018)
choover@mcguirewoods.com
Jamie D. Wells (SBN# 290827)
jwells@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-9944
Facsimile: 415-844-9922

Attorneys for Defendants
Wells Fargo & Company and
Wells Fargo, N. A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| iFINEX INC., BFXNA INC., BFXWW, and TETHER LIMITED<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 3:17-cv-01882-JSC<br><br>**NOTICE OF APPEARANCE OF COUNSEL CAROLEE A. HOOVER**<br><br>Complaint Filed: April 5, 2017 |

COMES NOW Carolee A. Hoover of the law firm McGuireWoods LLP hereby gives notice of her appearance as counsel for Defendants Wells Fargo & Company and Wells Fargo, N. A., in the above-referenced action. All notices, pleadings, orders, and other papers in this matter should henceforth be served upon the above-identified counsel at the address listed below:

///

///

///

///

///

**MCGUIREWOODS LLP**
David C. Powell (SBN# 129781)
dpowell@mcguirewoods.com
Carolee A. Hoover (SBN# 282018)
choover@mcguirewoods.com
Jamie D. Wells (SBN# 290827)
jwells@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-9944
Facsimile: 415-844-9922

DATED: April 6, 2017

**MCGUIREWOODS LLP**

By: /s/ *Carolee A. Hoover*
Carolee A. Hoover
Attorneys for Defendants
Wells Fargo & Company and
Wells Fargo Bank, N.A.