# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 7, 2017 **Time:** 10:00 - 10:25 = 25 minutes **Judge:** MAXINE M. CHESNEY

**Case No.**: 17-cv-01882-MMC **Case Name:** iFinex Inc. v. Wells Fargo & Company

**Attorney for Plaintiff:** Michael Baratz, Seth Sias, Laurie Edelstein
**Attorney for Defendant:** Carolee Hoover, David Powell

**Deputy Clerk:** Tracy Geiger **Court Reporter:** Lydia Zinn

## PROCEEDINGS

Telephonic Scheduling Conference held.

**Briefing Schedule:**

**Plaintiffs' Opening Brief due by April 12, 2017**

**Defendant's Opposition Brief due by 2:00 PM on April 20, 2017**

**Hearing set for Tuesday, April 25, 2017 at 10:00 AM**