Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499
ledelstein@steptoe.com
ssias@steptoe.com

Michael Baratz (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
mbaratz@steptoe.com

*Attorneys for Plaintiffs iFinex Inc., BFXNA Inc., BFXWW Inc., and Tether Limited*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| iFINEX INC., BFXNA INC., BFXWW INC., and TETHER LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.<br><br>Defendants. | No. 17 Civ. 1882 (MC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs iFinex Inc. ("iFinex"), BFXNA Inc. ("BFXNA"), and BFXWW Inc. ("BFXWW"), and Tether Limited ("Tether") hereby voluntarily dismiss without prejudice the above-captioned action against Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively "defendants") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This notice of voluntary dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment.

Respectfully submitted,

Dated: April 11, 2017  STEPTOE & JOHNSON LLP

By: */s/ Laurie Edelstein*
Laurie Edelstein
Michael Baratz (*pro hac vice*)
Seth R. Sias

*Attorneys for Plaintiffs iFinex Inc., BFXNA, Inc., BFXWW, Inc., and Tether Limited*