Reset Form

CAND Pay.gov Application for Refund (rev. 3/16)

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***: *In the fields in this section, enter the information for the* ***incorrect*** *transaction (the one for which you are requesting a refund), not the* ***correct*** *transaction that appears on the docket. This information can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.*

| | |
|---|---|
| **Your Name:** Seth Sias | **Your Phone Number:** (650) 687-9516 |
| **Your Email Address:** ssias@steptoe.com | **Full Case Number (if applicable):** 17 Civ. 1882 (MMC) |
| **Pay.gov Tracking ID Number:** 261MQ73D | **Fee Type:** ☐ Attorney Admission ☑ Civil Case Filing ☐ FTR Audio Recording ☐ Notice of Appeal ☐ Pro Hac Vice ☐ Writ of Habeas Corpus |
| **Agency Tracking ID Number:** 0971- 11290918 | |
| **Transaction Date:** 04/05/2017 | |
| **Transaction Time:** 4:37 pm | |
| **Transaction Amount (Amount to be refunded):** $ 400.00 | |
| **Reason for Refund Request:** After we paid $400 to open the case, the electronic system appeared to time out, and we had to submit another $400 payment to open the case. In sum, we were charged two times for opening one case. | |

***Efile*** *this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND. *View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| **FOR U.S. DISTRICT COURT USE ONLY** | |
|---|---|
| Refund Request: ☑ Approved ☐ Denied ☐ Denied - Resubmit Amended Application (see Reason for Denial) | |
| Approval/Denial Date: 5/3/17 | Request Approved/Denied By: |
| Pay.gov Refund Tracking ID Refunded: 2628L184 | |
| Agency Refund Tracking ID Number: 0971-11290918 | |
| Date Refund Processed: 5/3/17 | Refund Processed By: |
| Reason for Denial (if applicable): | |
| Referred for OSC Date (if applicable): | |